IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 04-725-GPM ) |
| HCS LYNCH CONSTRUCTION CO., | ) ) ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

Pursuant to the garnishment payment made by garnishee First Community Bank of Hillsboro in the amount of $5,918.66, Plaintiffs' motion for pay-out order (Doc. 13) is **GRANTED**, and the Clerk is **DIRECTED** to issue payment to Plaintiffs in the amount of $5,918.66 payable to "Employers and Operating Engineers Local 520 Funds" and sent in care of Plaintiffs' counsel, Greg A. Campbell, Diekemper, Hammond, Shinners, Turcotte & Larrew, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

**IT IS SO ORDERED.**

DATED: 03/16/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
